# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 29, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142458

SUZANNE VERBRUGGHE, Personal
Representative of the Estate of GEORGE
VERBRUGGHE,
         Plaintiff-Appellant,

v

SELECT SPECIALTY HOSPITAL-MACOMB
COUNTY, INC.,
         Defendant-Appellee,

and

MARIUS LAURINAITIS, M.D.,
         Defendant.

SC: 142458
COA: 287888
Macomb CC: 2004-002665-NH

_____/

On order of the Court, the application for leave to appeal the December 9, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

MARILYN KELLY and HATHAWAY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 29, 2011

Clerk

d0622